NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000023**
**09-MAR-2020**
**10:41 AM**

NO. CAAP-19-0000023

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DL, Plaintiff-Appellant, v.
CL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-1014)

ORDER DENYING MOTION FOR
CLARIFICATION AND RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Plaintiff-Appellant DL's Motion for Clarification and Reconsideration filed on March 5, 2020, and the records and files herein,

IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawai'i, March 9, 2020.

On the motion:

Philip J. Leas,
(Cades Schutte LLP),
for Plaintiff-Appellant.

Presiding Judge

Associate Judge

Associate Judge